IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0444

_____

IN THE MATTER OF:

A.N., J.G. and A.G.,                                    O R D E R

    Youths in Need of Care.

_____

    Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

    The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Michael B. Hayworth, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 22 2022